**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIGITAL VERIFICATION SYSTEMS,  L.L.C | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:16-CV-00496 |
| BARRACUDA NETWORKS, INC. | § § | |

## ORDER OF DISMISSAL

In light of the Agreed Motion for Dismissal with Prejudice filed by Plaintiff Digital Verification Systems, Inc. and Defendant Barracuda Networks, Inc. pursuant to Federal Rule of Civil Procedure 41, it is ORDERED that all claims asserted in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees and expenses.

**SIGNED this 1st day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE